UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LINETTE ROSS, | CASE NO. C10-4100DEO |
| Plaintiff, | |
| vs. | JUDGMENT IN A CIVIL CASE |
| VAKULSKAS LAW FIRM, NEIMAN STONE AND MCCORMICK and RF FINANCIAL LP, | |
| Defendants. | |

DECISION BY THE COURT: This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**Plaintiff take nothing and this matter is dismissed in its entirety.**

DATED: September 17, 2012

Robert L Phelps - Clerk
BY: s/kfs
Deputy Clerk